# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JANE DOE 2, <br><br> Plaintiff, <br><br> v. <br><br> RED ROOF INNS, INC., et al., <br><br> Defendants. | CIVIL ACTION FILE <br> NO. 1:19-cv-03841-WMR |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2021, I served a true and correct copy of the following documents:

1. Plaintiff Jane Doe 2's Objections And Responses To Defendant HSI Chamblee, LLC's First Set Of Continuing Interrogatories; and

2. Plaintiff Jane Doe 2's Objections And Responses To Defendant HSI Chamblee, LLC's First Set Of Requests For Production Of Documents

via electronic mail upon the following attorneys of record:

Pamela N. Lee
Sabrina L. Atkins
Swift, Currie, McGhee & Hiers, LLP
The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, GA 30309
pamela.lee@swiftcurrie.com
sabrina.atkins@swiftcurrie.com
***Counsel for Defendant HSI Chamblee, LLC***

Warner S. Fox
Christopher Shane Keith
Elliott Crawford Ream
Hawkins Parnell & Young, LLP
Suite 4000
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243
wfox@hpylaw.com
skeith@hpylaw.com
eream@hptylaw.com
***Counsel for Defendant Varahi Hotel, LLC***

Anthony L. Cochran
Smith, Gambrell & Russell, LLP
1230 Peachtree Street, N.E.
Suite 3100
Atlanta, GA 30309
acochran@sgrlaw.com
***Counsel for Defendant Essex, LLC***

Admir Allushi
Charles K. Reed
P. Michael Freed
Emma J. Fennelly
Lewis Brisbois Bisgaard & Smith, LLP
Bank of America Plaza
600 Peachtree Street, NE
Suite 4700
Atlanta, GA 30308
adi.allushi@lewisbrisbois.com
chuck.reed@lewisbrisbois.com
michael.freed@lewisbrisbois.com
emma.fennelly@lewisbrisbois.com
***Counsel for Defendants Red Roof Inns, Inc., Red Roof Franchising, LLC, RRI III, LLC, Westmont Hospitality Group, Inc., WHG SU Atlanta, LP, SUB-SU Hotel GP, LLC, and FMW RRI NC, LLC***

Joseph Robb Cruser
Kristin L. Yoder
Glenn C. Tornillo
Cruser Mitchell Law Firm
Suite 2000
275 Scientific Dr., N.W.
Norcross, GA 30092
rcruser@cmlawfirm.com
kyoder@cmlawfirm.com
gtornillo@cmlawfirm.com
***Counsel for Defendant Kuzzins Buford, Inc.***

This 21st day of May, 2021.

                              Respectfully submitted,

                              */s/ Michael R. Baumrind*
                              John E. Floyd
                              Georgia Bar No. 266413
                              floyd@bmelaw.com
                              Manoj S. Varghese
                              Georgia Bar No. 734668
                              varghese@bmelaw.com
                              Tiana S. Mykkeltvedt
                              Georgia Bar No. 533512
                              mykkeltvedt@bmelaw.com
                              Amanda Kay Seals
                              Georgia Bar No. 502720
                              seals@bmelaw.com
                              Michael R. Baumrind
                              Georgia Bar No. 960296
                              baumrind@bmelaw.com

BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street, N.W., Suite 3900
Atlanta, Georgia 30309
(404) 881-4100 – Telephone
(404) 881-4111 – Facsimile

                              Jonathan S. Tonge
                              jtonge@atclawfirm.com
                              Georgia Bar No. 303999
                              Patrick J. McDonough
                              Georgia Bar No. 489855
                              pmcdonough@atclawfirm.com
                              Trinity Hundredmark
                              Georgia Bar No. 140808
                              thundred@atclawfirm.com

ANDERSEN, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia  30097
(770) 822-0900 – Telephone
(770) 822-9680 – Facsimile

        *Attorneys for Plaintiff Jane Doe 2*

#3207834v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of May, 2021, I electronically filed the foregoing **CERTIFICATE OF SERVICE** with the Clerk of the Court using the CM/ECF system, which will send electronic notification to all attorneys of record in the above-captioned case.

This 21st day of May, 2021.

*/s/ Michael R. Baumrind*
Michael R. Baumrind
Georgia Bar No. 960296
