# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JANE DOE 1,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WESTMONT HOSPITALITY GROUP, INC., et al.,<br>　　　　Defendants. | Civil Action No.<br>1:19-cv-03840-WMR |

------------------------------------------------------------------------------------

| | |
|---|---|
| JANE DOE 2,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WESTMONT HOSPITALITY GROUP, INC., et al.,<br>　　　　Defendants. | Civil Action No.<br>1:19-cv-03841-WMR |

------------------------------------------------------------------------------------

| | |
|---|---|
| JANE DOE 3,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WESTMONT HOSPITALITY GROUP, INC., et al.,<br>　　　　Defendants. | Civil Action No.<br>1:19-cv-03843-WMR |

------------------------------------------------------------------------------------

|  |  |
|---|---|
| JANE DOE 4,<br><br>      Plaintiff,<br><br>v.<br><br>WESTMONT HOSPITALITY GROUP, INC., et al.,<br>      Defendants. | Civil Action No.<br>1:19-cv-03845-WMR |

---

## ORDER

Now before the Court is the Parties'[1] Joint Motion to Lift the Stay and Enter a Scheduling Order. This Court stayed the above-captioned four cases (the "Jane Doe Cases") pending appeal.[2] The appeal has now run its course, and the Eleventh Circuit Court of Appeals has issued its mandate. Accordingly, this Court **LIFTS** the stay and enters the following scheduling order:

| Friday, September 30, 2022 | Close of Fact Discovery |
|---|---|
| Friday, October 14, 2022 | Designation of expert witnesses and disclosure of expert reports |

---

[1] The Parties include Plaintiffs Jane Does 1, 2, 3, and 4 and Defendants Westmont Hospitality Group, Inc.; HSI Chamblee, LLC; SUB-SU Hotel GP LLC; WHG SU Atlanta, LLC; WHG SU Atlanta LP; CC&S Development, LLC; Essex, LLC; and Kuzzins Buford, LLC.

[2] *See, e.g.*, Order, *Jane Doe 1 v. Westmont Hospitality Group, Inc., et al.*, No. 1:19-cv-03840-WMR (N.D. Ga. Apr. 29, 2020) (Doc. 294).

| Friday, December 16, 2022 | Designation of rebuttal experts (experts whose testimony is solely in rebuttal to expert witness disclosure previously made) and disclosure of rebuttal expert reports |
|---|---|
| Friday, January 27, 2023 | Completion of depositions of expert witnesses |
| Friday, February 27, 2023 | Deadline for motions for summary judgment and Daubert motions |

**IT IS SO ORDERED**, this 8th of March, 2022.



WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE

**Proposed Order Prepared By:**

    John E. Floyd
    Georgia Bar No. 266413
    floyd@bmelaw.com
    Manoj S. Varghese
    Georgia Bar No. 734668
    varghese@bmelaw.com
    Tiana S. Mykkeltvedt
    Georgia Bar No. 533512
    mykketlvedt@bmelaw.com
    Amanda Kay Seals
    Georgia Bar No. 502720
    seals@bmelaw.com
    Michael R. Baumrind
    Georgia Bar No. 960296
    baumrind@bmelaw.com

BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street, N.W., Suite 3900
Atlanta, Georgia  30309
(404) 881-4100 – Telephone
(404) 881-4111 – Facsimile

        Jonathan S. Tonge
        jtonge@atclawfirm.com
        Georgia Bar No. 303999
        Patrick J. McDonough
        Georgia Bar No. 489855
        pmcdonough@atclawfirm.com
        Trinity Hundredmark
        Georgia Bar No. 140808
        thundred@atclawfirm.com

ANDERSEN, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia  30097
(770) 822-0900 – Telephone
(770) 822-9680 – Facsimile

        *Attorneys for Plaintiffs*