# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JANE DOE 1,<br><br>    Plaintiff,<br>v.<br><br>ESSEX, LLC, ET. AL.,<br><br>    Defendants. | Civil Action No. 1:19-cv-03840 |
| JANE DOE 2,<br><br>    Plaintiff,<br>v.<br><br>ESSEX, LLC, ET. AL.,<br><br>    Defendants. | Civil Action No. 1:19-cv-03841 |
| JANE DOE 3,<br><br>    Plaintiff,<br>v.<br><br>ESSEX, LLC, ET. AL.,<br><br>    Defendants. | Civil Action No. 1:19-cv-3843 |
| JANE DOE 4,<br><br>    Plaintiff,<br>v.<br><br>ESSEX, LLC, ET. AL.,<br><br>    Defendants. | Civil Action No. 1:19-cv-03845 |

# CERTIFICATE OF SERVICE OF DISCOVERY

I hereby certify that on May 16, 2022, I served a true and correct copy of the following documents:

1. Plaintiffs' First Request for Production of Documents to Essex, LLC;

2. Plaintiffs' First Interrogatories to Essex, LLC;

3. Plaintiffs' First Request for Production of Documents to CC&S Development, LLC; and

4. Plaintiffs' First Interrogatories to CC&S Development, LLC

via electronic mail upon the following attorneys of record:

| | |
|---|---|
| Anthony L. Cochran<br>Emily C. Ward<br>SMITH, GAMBRELL & RUSSELL, LLP<br>1230 Peachtree Street, NE, Suite 3100<br>Atlanta, Georgia 30309<br>acochran@sgrlaw.com<br>eward@sgrlaw.com<br><br>***Attorneys for Defendant***<br>***Essex Hotel Management, LLC*** | Glenn C. Tornillo<br>Kristin L. Yoder<br>J. Robb Cruser<br>CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP<br>Meridian II, Suite 2000<br>275 Scientific Drive<br>Peachtree Corners, GA 30092<br>gtornillo@cmlawfirm.com<br>kyoder@cmlawfirm.com<br>rcruser@cmlawfirm.com<br><br>***Attorneys for Defendant***<br>***Kuzzins Buford, LLC and***<br>***Defendant CC&S Development, LLC*** |

#3383186v1

| | |
|---|---|
| Sabrina Lynn Atkins<br>Pamela Lee<br>SWIFT, CURIE, McGHEE & HEIRS<br>The Peachtree, Suite 300<br>1355 Peachtree St.<br>Atlanta, GA 30309<br>sabrinalynnatkins@gmail.com<br>sabrina.atkins@swiftcurrie.com<br>pamela.lee@swiftcurrie.com<br><br>***Attorney for Defendant HSI Chamblee, LLC*** | Admir Allushi<br>Emma Jeannette Fennelly<br>LEWIS BRISBOIS BISGAARD & SMITH<br>600 Peachtree Street, NE<br>Suite 4700<br>Atlanta, GA 30308<br>adi.allushi@lewisbrisbois.com<br>emma.fennelly@lewisbrisbois.com<br><br>***Attorneys for Defendant WHG SU Atlanta, LLC*** |
| Christopher T. Bird<br>Emily M. Adams<br>George B. Green<br>Patrick B. Moore<br>Shubhra R. Mashelkar<br>WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC<br>3344 Peachtree Rd., NE<br>Suite 2400<br>Atlanta, GA 30326<br><br>cbyrd@wwhgd.com<br>eadams@ssmklaw.com<br>ggreen@wwhgd.com<br>pmoore@wwhgd.com<br>smashelkar@wwhgd.com<br><br>***Attorneys for Defendants Extended Stay America, Inc., ESA Management, LLC, ESA P Portfolio, LLC, ESA P Portfolio Operating Lessee, LLC*** | Emily M. Adams<br>Shubhra R. Mashelkar<br>WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC<br>3344 Peachtree Rd., NE<br>Suite 2400<br>Atlanta, GA 30326<br><br>eadams@ssmklaw.com<br>smashelkar@wwhgd.com<br><br>***Attorneys for Defendant HVM, LLC*** |

This 16th day of May, 2022.

/s/ *Michael R. Baumrind*

#3383186v1

        John E. Floyd
        Georgia Bar No. 266413
        floyd@bmelaw.com
        Manoj S. Varghese
        Georgia Bar No. 734668
        varghese@bmelaw.com
        Tiana S. Mykkeltvedt
        Georgia Bar No. 533512
        mykketlvedt@bmelaw.com
        Amanda Kay Seals
        Georgia Bar No. 502720
        seals@bmelaw.com
        Michael R. Baumrind
        Georgia Bar No. 960296
        baumrind@bmelaw.com

BONDURANT, MIXSON & ELMORE, LLP
1201 West Peachtree Street, N.W., Suite 3900
Atlanta, Georgia  30309
404) 881-4100 – Telephone
(404) 881-4111 – Facsimile

        Jonathan S. Tonge
        jtonge@atclawfirm.com
        Georgia Bar No. 303999
        Patrick J. McDonough
        Georgia Bar No. 489855
        pmcdonough@atclawfirm.com
        Trinity Hundredmark
        Georgia Bar No. 140808
        thundred@atclawfirm.com

ANDERSEN, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia  30097
(770) 822-0900 – Telephone
(770) 822-9680 – Facsimile

*Attorneys for Plaintiff Jane Does 1, 2, 3, and 4*

#3383186v1

## CERTIFICATE OF SERVICE

I hereby certify that I have filed a true and correct copy of the foregoing CERTIFICATE OF SERVICE OF DISCOVERY using the CM/ECF filing system which will send e-mail copies of same to all counsel of record.

This 17th day of May 2022.

/s/ *Michael R. Baumrind*
Michael R. Baumrind
Georgia Bar No. 960296

#3383186v1